UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE QUEZADA, on behalf of himself and all others similarly situated,

            Plaintiffs,

-against-

WESTERN NUT COMPANY,

            Defendant.

Case No. 1:21-cv-05111

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
             November 15, 2021

Respectfully submitted,

By: /s/ Mars Khaimov
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

The Plaintiff's request to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is granted. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.
Date: November 16, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge